ROE ET AL. *v.* DOE

No. 73–1446.   Argued December 18, 1974—
Decided February 19, 1975

*Marvin M. Karpatkin* argued the cause for petitioners. With him on the briefs was *Michael N. Pollet.*

*Ephraim S. London* argued the cause for respondent. With him on the brief were *Franklin S. Bonem, Bonnie P. Winawer,* and *Helen L. Buttenwieser.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Ira M. Millstein* filed a brief for the Association of American Publishers, Inc., as *amicus curiae* urging reversal.

*Joseph Onek* filed a brief for the American Psychiatric Assn. et al. as *amici curiae* urging affirmance.